**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: ARTHUR C. KIRKLAND, JR (P27551)

_____/

No. 90-MC-1823
Honorable Patrick J. Duggan
Honorable John Corbett O'Meara
Honorable George Caram Steeh

## **ORDER**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on January 21, 2009.

Petitioner was suspended from the practice of law by the State of Michigan Attorney Discipline Board for a period of one-hundred nineteen (119) days effective September 6, 1990. On October 4, 1990, this Court suspended Petitioner's license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

Because Petitioner's suspension was for less than one-hundred twenty (120) days, no reinstatement proceedings were required. On January 29, 1991, Petitioner was automatically reinstated by filing an affidavit of compliance with the Supreme Court Clerk, the Attorney Discipline Board, and the Grievance Administrator.

On June 20, 1999, Petitioner was suspended from the practice of law for a period of thirty (30) days. On July 21, 1999, this Court suspended the license of Petitioner to practice law in the United States District Court and the United States Bankruptcy Court for the

Eastern District of Michigan.

On February 7, 2000, Petitioner was automatically reinstated to practice law in the State of Michigan by filing an affidavit of compliance with the Supreme Court Clerk, the Attorney Discipline Board, and the Grievance Administrator.

On September 9, 2008, Petitioner filed a petition with this Court seeking to obtain reinstatement of the privilege of practicing law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan. A hearing on this petition was held on January 12, 2009. Ruth Ann Stevens appeared on behalf of the Attorney Grievance Commission and informed the Court that the Attorney Grievance Commission has no objection to Petitioner's request to be reinstated. The Court has been advised that Petitioner has complied with the order of discipline imposed by the Attorney Discipline Board, and there are no pending disciplinary matters at this time.

The panel sees no reason why Petitioner's Application for Reinstatement should not be granted.

Therefore,

**IT IS HEREBY ORDERED** that Petitioner's Application for Reinstatement Pursuant to L.R. 83.22(I) is **GRANTED** and Petitioner is reinstated to practice law in the United States District Court for the Eastern District of Michigan and the United States Bankruptcy Court for the Eastern District of Michigan.

**SO ORDERED**.

        s/Patrick J. Duggan
        United States District Judge

_____
s/John Corbett O'Meara
United States District Judge

s/George Caram Steeh
United States District Judge

Copies to:

Mr. Arthur C. Kirkland

Ms. Emily A. Downey
Associate Counsel
Attorney Grievance Commission

Honorable Gerald E. Rosen
Chief Judge, United States District Court
 for the Eastern District of Michigan

Mr. David J. Weaver
Court Administrator